## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**PHILLIP FREDENBURG, #141387**                                    **PLAINTIFF**

**v.**                                               **CAUSE NO. 1:20cv231-LG-RPM**

**WILLIAM LABARRE**                                             **DEFENDANT**

## FINAL JUDGMENT

This cause is before the Court *sua sponte* for consideration of dismissal.

Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this lawsuit is

**DISMISSED WITHOUT PREJUDICE.**

**SO ORDERED AND ADJUDGED** this the 4th day of November, 2020.

s/ *Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge